--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 April 16, 2015
 
 
In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 16[th] day of April, 2015.

10-15-00001-CV PERCY L. WAYNE ISGITT, INDIVIDUALLY, AND ISGITT & ASSOCIATES, PC v. CHRISTINE GODWIN, AS PERMANENT GUARDIAN OF CRAIG GODWIN - ON APPEAL FROM THE COUNTY COURT OF WALKER COUNTY - TRIAL COURT NO. 8422-G - REVERSED AND REMANDED - Memorandum Opinion by Scoggins:

"This cause came on to be heard on the transcript of the record of the Court below, and the same being considered, because it is the opinion of this Court that there was error in the judgment, it is ordered, adjudged and decreed by the Court that the trial court's temporary-injunction order be dissolved and the cause remanded in accordance with the opinion of this Court and that this decision be certified below for observance."